Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Loretta Thompson__,
                Debtor

Case No. __08-71263__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __30.00__    Check one ☒ With the filing of the petition, or
                            ☐ On or before _____

   $ __50.00__    on or before __6/21/08__

   $ __50.00__    on or before __7/21/08__

   $ __144.00__   on or before __8/21/08__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____        _Loretta Thompson_  _4-24-08_
Signature of Attorney      Date               Signature of Debtor  Date
                                              (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                              _____  _____
                                              Signature of Joint Debtor (if any)  Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 2 4 2008

KENNETH S. GARDNER, CLERK

BY_____
          DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re __Loretta Thompson__,
            Debtor

Case No. __08-71263__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐ With the filing of the petition, or
                           ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date: __4/24/08__

_United States Bankruptcy Judge_