# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LORETTA THOMPSON  
2308 LUCILLE STREET  
ROCKFORD, IL  61104

SSN-xxx-xx-9962

Case Number: 08-71263

Case filed on: 4/24/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LORETTA THOMPSON (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LORETTA THOMPSON | 0.00 | 0.00 | 400.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 400.00 | 0.00 |
| 001 | WINNEBAGO COUNTY SCHOOLS CU | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ACCOUNTS RECEIVABLE TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | APC PROGRAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATG CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITY OF CHICAGO | 210.00 | 21.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE, INC | 1,639.85 | 163.99 | 0.00 | 0.00 |
| 013 | CRUSADER CLINIC | 137.00 | 13.70 | 0.00 | 0.00 |
| 014 | EAGLE RECOVERY ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ENTERPRISE RENT-A-CAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FISHERS APPLIANCE & TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | GENERAL REVENUE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ILLINOIS STUDENT ASSISTANCE COMM | 8,570.92 | 857.09 | 0.00 | 0.00 |
| 021 | LINCOLN RENT-ALL & LAWN EQUIPMENT SALES, | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LUNDHOLM SURGICAL GROUP | 123.00 | 12.30 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 5,559.88 | 555.99 | 0.00 | 0.00 |
| 024 | NATIONAL CREDIT AUDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OSI RECOVERY SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | DELL FINANCIAL SERVICES LP | 1,810.29 | 181.03 | 0.00 | 0.00 |
| 028 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PORTFOLIO RECOVERY ASSOCIATES | 646.57 | 64.66 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 4,427.99 | 442.80 | 0.00 | 0.00 |
| 031 | IHC SWEDISH AMERICAN EMERGENCY PHY | 188.00 | 18.80 | 0.00 | 0.00 |
| 032 | THE BUREAUS INC | 663.65 | 66.37 | 0.00 | 0.00 |
| 033 | T-MOBILE | 351.08 | 35.11 | 0.00 | 0.00 |
| 034 | ROCKFORD CARDIOLOGY ASSOCIATES | 22.00 | 2.20 | 0.00 | 0.00 |
| 035 | ECAST SETTLEMENT CORPORATION | 735.67 | 73.57 | 0.00 | 0.00 |
| 036 | COMED CO | 1,421.71 | 142.17 | 0.00 | 0.00 |
| 037 | STATE OF ILLINOIS DEPT OF EMP SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | IL DEPT OF EMPLOYMENT SECURITY | 943.50 | 94.35 | 0.00 | 0.00 |
| 039 | SALLIE MAE GUARANTEE SERVICES - MC 8303 | 6,985.79 | 698.58 | 0.00 | 0.00 |
| 040 | IHC SWEDISH AMERICAN EMERGENCY PHY | 515.00 | 51.50 | 0.00 | 0.00 |
| 041 | IHC SWEDISH AMERICAN EMERGENCY PHY | 464.00 | 46.40 | 0.00 | 0.00 |
| 042 | IHC SWEDISH AMERICAN EMERGENCY PHY | 345.00 | 34.50 | 0.00 | 0.00 |
| 043 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 35,760.90 | 3,576.11 | 0.00 | 0.00 |
|  | Grand Total: | 35,760.90 | 3,576.11 | 400.00 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $400.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer
                                                      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan